FILED
CLERK, U.S. DISTRICT COURT

OCT 2 5 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  ROBERT MICHAEL SALAZAR  Defendant. | CR 07-00619-PA  ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

   On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

   The court finds no condition or combination of conditions that will reasonably assure:

   (A)  [X]  the appearance of defendant as required; and/or
   (B)  [ ]  the safety of any person or the community.

//
//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

(1) he will refrain from illegal drug use; or
(2) that he will comply with conditions of release

(B) [X] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

(1) he will comply w/ conditions
(2) he has no bail resources

IT IS ORDERED that defendant be detained.

DATED: 10/25/13

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE