

FILED
CLERK, U.S. DISTRICT COURT
APR 29 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )   Case No.: CR 07-619-PA
                            )              CR 97-07-PA
          Plaintiff,        )
                            )
     vs.                    )   ORDER OF DETENTION AFTER HEARING
                            )   [Fed.R.Crim.P. 32.1(a)(6);
Robert Michael Salazar      )   18 U.S.C. 3143(a)]
                            )
          Defendant.        )
_____)

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _absence of current background information, bail resources, and allegations. Danger to commit prior criminal history and nature of allegations._

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 4/29/15

_Carla M. Woehrle_
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE